IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>            Plaintiff,                )<br>                                      )<br>     v.                               )<br>                                      )<br> KHACHATUR TERSAKYAN,                  )<br>                                      )<br>            Defendant and             )<br>            Judgment Debtor.          )<br>_____)<br>                                      )<br> CALIFORNIA DEPARTMENT OF              )<br> HEALTH SERVICES,                      )<br>                                      )<br>            Garnishee.                )<br>_____)| 2:07MC00118-LKK-EFB<br><br><br><br>*AMENDED*<br>ORDER OF GARNISHMENT<br>(INTEREST IN WITHHELD<br>     MONEY) |

A Writ of Garnishment (Interest in Withheld Money), directed to the Garnishee California Department of Health Services, has been duly issued and served upon the Garnishee in order to partially satisfy the outstanding debt owed by the Defendant and Judgment Debtor KHACHATUR TERSAKYAN ("Judgment Debtor").

*//*

*//*

*//*

*//*

Amended Order of Garnishment (Interest in Withheld Money)                              1

1    The Garnishee filed an Amended Answer of Garnishee on
2 November 8, 2010, stating that at the time of service of the Writ,
3 the Garnishee had custody or possession of properties (non-
4 earnings), in which the "Judgment Debtor" maintains an interest, as
5 described below:
6        1.  Trust Account, account number DME02591F, holding
7            payments for claims Judgment Debtor submitted to the
8            California Department of Health Services that are payable
9            to the Judgment Debtor, doing business as Arrow Medical
10           Supply.  The total sum held in the Trust Account is
11           $17,559.90.
12    The balance owing by the Judgment Debtor on the judgment is
13 $256,117.34 as of October 20, 2008, and said amount is the same
14 amount as shown in the Application For Writ of Garnishment
15 (Interest in Withheld Money) filed herein.
16    The Judgment Debtor was served by the Garnishee with the
17 Amended Answer of Garnishee and the Judgment Debtor has not filed a
18 written objection or requested a hearing within 20 days, as set
19 forth in 28 U.S.C. § 3205(c)(5).  The Judgment Debtor has not
20 requested a hearing on a claim of exemption, as set forth in
21 28 U.S.C. § 3014(b)(2).
22    Pursuant to 28 U.S.C. § 3205(c)(7), after the Garnishee files
23 an answer, and if no hearing is requested within the required time
24 period, the Court shall promptly enter an order directing the
25 Garnishee as to the disposition of the Judgment Debtor's property.
26 //
27 //
28 //

1   ACCORDINGLY, IT IS ORDERED that the Garnishee California
2 Department of Health Services shall turn over the amount of
3 $17,559.90, payable to the Clerk of the Court, (reference Docket
4 No. CR S 02-071-WBS on the face of the check), and forward it to:
5  U.S. Attorney's Office
    501 "I" Street, Suite 10-100
6   Sacramento, California 95814

7   IT IS FURTHER ORDERED that upon receipt of payment, the
8 Writ of Garnishment is hereby terminated.
9 DATED: December 6, 2010.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Amended Order of Garnishment (Interest in Withheld Money)     3